**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1490**

———————

CYNTHIA GAYLE SMITH,

         Plaintiff - Appellant,

    v.

TIMOTHY PURNELL,

         Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:11-cv-00922-JCC-IDD)

———————

Submitted: August 16, 2012       Decided: August 20, 2012

———————

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Cynthia Gayle Smith, Appellant Pro Se. Mikhael David Charnoff, Danny Mark Howell, Courtney South Schorr, SANDS ANDERSON, PC, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia Gayle Smith appeals the district court's orders denying her motion to amend her civil complaint, dismissing the complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Purnell, No. 1:11-cv-00922-JCC-IDD (E.D. Va. Dec. 9, 2011 & Mar. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED